**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sam Malone Hot Wheel LLC, et al.
                                   Plaintiff,

v.                                                       Case No.: 1:22−cv−03572
                                                            Honorable Georgia N Alexakis

Asap Trans Corp, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan. Plaintiffs' petition for attorneys' fees [167] is taken under advisement. Defendants' response is due by 9/20/2024, and any reply by 10/4/2024. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.