IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL MALONE and DONALD BROWN, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ASAP TRANS CORP. and KRISTINA PETROSIUS,<br><br>　　　　Defendants. | Case Number: 22-cv-03572<br><br>District Judge Georgia N. Alexakis<br><br>Magistrate Judge Laura K. McNally |

**DEFENDANTS' TABLE OF CONTENTS AND TABLE OF AUTHORITIES IN SUPPLEMENT TO DEFENDANTS' MEMORANDUM OF LAW OPPOSING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF 253)**

Timothy J. Young (ARDC No. 6192231)
Serge S. Petukh (ARDC No. 6338370)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams St., Ste. 300, Chicago, IL 60661
P: (312) 345-1718
Tim.Young@lewisbrisbois.com
Serge.Petukh@lewisbrisbois.com

# TABLE OF CONTENTS

**Page**

FACTUAL OVERVIEW ................................................................................................................1

LEGAL STANDARD.....................................................................................................................2

ARGUMENT...................................................................................................................................4

    I.    Plaintiffs do not and cannot satisfy Adequacy requirement for class certification. ........................................................................................................4

        A.    Arbitration and class action waivers preclude certification against Defendants. ................................................................................................4

    II.    Petrosius is covered by the Arbitration Agreements and Class Action Waivers. ..........................................................................................................7

    III.    Plaintiffs are inadequate representatives for TILA/Breach of Contract Class. ...............................................................................................................8

        A.    Malone is inadequate representative for TILA/Breach of Contract Class ................................................................................................................8

    IV.    Plaintiffs are inadequate representatives for IWPCA Class. ...............................11

        A.    *Independent-contractor relationship* ............................................................13

        B.    *Malone is not an adequate representative for IWPCA class as to company drivers* ................................................................................13

        C.    *Brown is not an adequate representative for the IWPCA class.* ..................14

    V.    Plaintiffs have failed to satisfy Commonality and Predominance requirements..................................................................................................16

        A.    *Written Consent is not common to Plaintiffs.* ............................................21

    VI.    Plaintiffs have failed to show Typicality. .............................................................22

    VII.    Plaintiffs have failed to satisfy Numerosity and Superiority requirements. ..........23

# TABLE OF AUTHORITIES

                                                                                                              **Page**

**Federal Cases**

*Anderson v. Weinert Enters.*,
    986 F.3d 773 (7th Cir. 2021) ..................................................................................23, 24

*Andrews v. Chevy Chase Bank*,
    545 F.3d 570 (7th Cir. 2007) ..........................................................................................24

*Bilhovde v. St. Croix County*,
    219 F.R.D. 607 (W.D. Wis. 2003) ...................................................................................3

*Bonkowski v. Z Transport, Inc.*,
    2004 WL 524723 (N.D. Ill. Mar. 5, 2004) ..............................................................10, 11

*Bruger v. Olero, Inc.*,
    434 F.Supp.3d 647 (N.D. Ill. 2020) ..........................................................................13, 14

*Cal. Trucking Ass'n v. Becerra*,
    2019 U.S. Dist. LEXIS 223065 (S.D. Cal. 2019) .........................................................13

*CE Design Ltd. v. King Architectural Metals, Inc.*,
    637 F.3d 721 (7th Cir. 2011) ..................................................................................3, 4, 7

*Costello v. BeavEx, Inc.*,
    810 F.3d 1045 (7th Cir. 2016) .......................................................................................13

*E.E.O.C. v. N. Knox Sch. Corp.*,
    154 F.3d 744 (7th Cir. 1998) .........................................................................................13

*Eaton v. Ascent Resources-Utica, LLC*,
    2024 U.S. Dist. LEXIS 62182 (S.D. Ohi. April 4, 2024) ...............................................5

*Eddlemon v. Bradley Univ.*,
    65 F.4th 335 (7th Cir. 2023) ..........................................................................................20

*Enger v. Chicago Carriage Cab Corp.*,
    812 F.3d 565 (7th Cir. 2016) .........................................................................................19

*Espenscehid v. DirectSat USA, LLC*,
    705 F.3d 770. (7th Cir. 2013) ........................................................................................25

*Falconbridge U.S., Inc. v. Bank One Ill., N.A. (In re Vic Supply Co.)*,
    227 F.3d 928 (7th Cir. 2000) ...........................................................................................5

*Forby v. One Technologies, LP*,
    2020 U.S. Dist. LEXIS 128913 (N.D. Tex. 2020) ................................................................... 5

*Garcia v. J.C. Penney Corp.*,
    2015 U.S. Dist. LEXIS 40898 (N.D. Ill. 2015) ...................................................................... 14

*Goldberg v. Focus Affiliates, Inc.*,
    152 F. Supp. 978 (N.D. Ill. 2001) ............................................................................................ 8

*Gorss Motels, Inc. v. Brigadoon Fitness, Inc.*,
    29 F.4th 839 (7th Cir. 2021) .............................................................................................. 2, 3

*Hansen v. United Airlines, Inc.*,
    2024 U.S. Dist. LEXIS 54976 (N.D. Ill. 2024) ..................................................................... 20

*Hodge Bros v. Delong Co.*,
    942 F.Supp.412 (W.D. Wis. September 24, 1996) ................................................................. 8

*Jaworski v. Master Hand Contrs.*,
    2013 U.S. Dist. LEXIS 43597 (N.D. Ill. 2013) ..................................................................... 15

*Jensen v. Cablevision Systems Corp.*,
    372 F. Supp. 3d 95 (E.D.N.Y. 2019) ............................................................................ 4, 5, 6

*Johnson v. Lexington*,
    2020 U.S. Dist. LEXIS 114505 (E.D. Ky. 2020) .................................................................... 5

*Jones v. Ill. Bell Tel. Co.*,
    2015 U.S. Dist. LEXIS 170277 (N.D. Ill. 2015) ................................................................... 12

*Koch v. Jerry W. Balley Trucking*,
    2019 U.S. Dist. LEXIS 82717 (N.D. Ind. 2019) .............................................................. 23, 24

*Larsen v. Citibank FSB (In re Checking Account Overdraft Litig.)*,
    780 F.3d 1031 (11th Cir. 2015) .............................................................................................. 5

*Lease & Interchange of Vehicles*,
    131 M.C.C. 141 (I.C.C. 1979) ................................................................................................ 8

*Litpon v. Chattem, Inc.*,
    289 F.R.D. 456 (N.D. Ill. 2013) ............................................................................................ 25

*Magpayo v. Advocate Health & Hosps. Corp.*,
    2018 U.S. Dist. LEXIS 26282 (N.D. Ill. 2018) ................................................................ 16, 22

*Mazzei v. Rock N Around Trucking, Inc.*,
    246 F.3d 956 (7th Cir. 2001) ................................................................................................ 13

*Mervyn v. Atlas Van Lines, Inc.*,
   882 F.3d 680 (7th Cir. 2018) ..................................................................................................22

*Messner v. Northshore Univ. HealthSystem*,
   669 F.3d 802 (7th Cir. 2012) ....................................................................................................3

*Morgan v. Kobrin Securities, Inc.*,
   649 F. Supp. 1023 (N.D. Ill. 1986) ...........................................................................................8

*Morrie Mages & Shirlee Mages Foundation v. Thrifty Corp.*
   916 F. 2d 402 ............................................................................................................................8

*Mullins v. Direct Digital, LLC*,
   795 F.3d 654 (7th Cir. 2015) ....................................................................................................3

*Mulvania v. Sheriff of Rock Island Cnty.*,
   850 F.3d 849 (7th Cir. 2017) ..................................................................................................23

*Muro v. Target Corp.*,
   580 F.3d 485 (7th Cir. 2009) ..................................................................................................22

*Oshana v. Coca-Cola Co.*,
   472 F.3d 506 (7th Cir. 2006) ..................................................................................................22

*Parko v. Shell Oil Co.*,
   739 F.3d 1083 (7th Cir. 2014) ................................................................................................25

*Piquion v. Amerifreight Sys. LLC*,
   2023 U.S. Dist. LEXIS 209009 (N.D. Ill. 2023) (the March 31, 2023
   amendments of the regulations limiting the validity of written consent to six
   months do not apply retroactively) ........................................................................................22

*Prokhorov v. IIK Transp., Inc.*,
   2023 U.S. Dist. LEXIS 54986 (N.D. Ill. 2023) ......................................................................14

*Pruitt v. City of Chicago*,
   472 F.3d 925 (7th Cir. 2006) ..................................................................................................23

*Rawat v. Navistar Int'l Corp.*,
   2011 U.S. Dist. LEXIS 6319 (N.D. Ill. 2011) .........................................................................5

*Renton v. Kaiser Found. Health Plan, Inc.*,
   2001 U.S. Dist. LEXIS 20015 (W.D. Wash. Sept. 24, 2001) ..................................................5

*Retired Chi. Police Ass'n v. City of Chicago*,
   7 F.3d 584 (7th Cir. 1993) .......................................................................................................4

*Revels v. Super 8 by Windham*,
    2023 WL 3627721 (N.D. Ill. 2023) ...................................................................................7

*Rivers v. Southway Carriers, Inc.*,
    2024 U.S. Dist. LEXIS 24875 (N.D. Ill. 2024) ..................................................................3

*Rodgers-Rouzier v. Am. Queen Steamboat Operating Co., LLC*,
    2024 U.S. App. LEXIS 14807 (7th Cir. 2024) ...................................................................6

*Rosario v. Livaditis*,
    963 F.2d 1013 (7th Cir. 1992) ............................................................................................4

*In re Safeco Ins. Co. of America*,
    585 F.3d 326 (7th Cir. 2006) ............................................................................................12

*Santangelo v. Comcast Corp.*,
    2017 U.S. Dist. LEXIS 200935 (N.D. Ill. 2017) ................................................................4

*Shimko v. Jeff Wagner Trucking, LLC*,
    2013 U.S. Dist. LEXIS 189279 (N.D. Ill. June 28, 2013) .......................................8, 9, 11

*Shimko v. Jeff Wagner Trucking, LLC*,
    2014 U.S. Dist. LEXIS 177046 (N.D. Ill. December 24, 2014) .........................................8

*Shimko v. Jeff Wagner Trucking, LLC*,
    2014 U.S. Dist. LEXIS 180551 (N.D. Ill. March 10, 2014) .............................................10

*Smith v. Bayer Corp.*,
    564 U.S. 299 (2011) ...........................................................................................................7

*Spokeo, Inc. v. Robins*,
    578 U.S. 330 (2016) .....................................................................................................5, 12

*Szabo v. Bridgeport Machs., Inc.*,
    249 F.3d 672 (7th Cir. 2001) ................................................................................3, 20, 24

*In re Titanium Dioxide Antitrust Litig.*,
    962 F. Supp. 2d 840 (D. Md. 2013) ...................................................................................5

*Vera v. HomeDeliverylink, Inc.*,
    2025 U.S. Dist. LEXIS 234 .........................................................................................7, 24

*Wall-Mart Stores, Inc. v. Dukes*,
    564 U.S. 338 (2011) .......................................................................................................2, 4

**State Cases**

*Arbogast v. Chi. Clubs Baseball Club, LLC*,
    2021 IL App (1st) 210526...................................................................................................7

*C.R. Eng., Inc. v. Dep't of Empl. Sec.*,
  2014 IL App (1st) 122809 ...............................................................................................15

*Esquinca v. Illinois Workers' Comp. Comm'n*,
  51 N.E.3d 5 (Ill. App. 2016) ..........................................................................................13

*Kinkel v. Cingular Wireless, LLC*,
  223 Ill. 2d 1 ....................................................................................................................6

*Roberson v. Indus. Comm'n (P.I. & I. Motor Express, Inc.)*,
  225 Ill. 2d 159 (Ill. 2007) ..............................................................................................15

*Ware v. Industrial Comm'n*,
  318 Ill. App. 3d 1117 (Ill. App. 2000) ...........................................................................15

**Statutes**

820 ILCS 115/2 ........................................................................................................................13

Federal Arbitration Act ..............................................................................................................6

Illinois Wages Payment and Collections Act ............................................................................2

IWPCA ..............................................................................................1, 2, 11, 13, 14, 23, 24, 25

TILA .................................................................................................1, 8, 9, 10, 11, 14, 17, 22, 24

Truth in Leasing Act .............................................................................................................2, 8

**Court Rules**

Federal Rule of Civil Procedure 23 .......................................................................................2, 3

FRCP 23 (a) ............................................................................................................................2, 4

FRCP 23(b) ................................................................................................................................3

FRCP 23(b)(3) ...........................................................................................................................1

Rule 23(a)(4) ..............................................................................................................................4

**Other Authorities**

49 C.F.R. § 376 .........................................................................................................................8

49 C.F.R. 376.2(d) ...............................................................................................................9, 10

49 C.F.R. § 376(a)(e)(f)(g) .......................................................................................................8

49 C.F.R. § 376.12(d) ...........................................................................................................17

                                                                         Respectfully submitted,

                                          By:    */s/ Serge S. Petukh*
                                                     One of the Attorneys for Defendants

Timothy J. Young (ARDC No. 6192231)
Serge S. Petukh (ARDC No. 6338370)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams St., Ste. 300, Chicago, IL 60661
P: (312) 345-1718
Tim.Young@lewisbrisbois.com
Serge.Petukh@lewisbrisbois.com

                                                  **<u>CERTIFICATE OF SERVICE</u>**

      This is to certify that the foregoing was filed with the Clerk of U.S. District Court for the Northern District of Illinois on <u>June 18, 2025</u>. All ECF users receive electronic notification of this filing.

                                                                    /s/ Serge S. Petukh